**Return to:**
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 07 2015
TYLER TEXAS
PAM ESTES, CLERK

NOS. 12-15-00139-CR
and 12-15-00140-CR

| STATE OF TEXAS | § | IN THE TWELFTH |
|---|---|---|
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| RONNY LEE WILLIAMS | § | TYLER, TEXAS |

## Pro se Motion for Access to Appellate Record

On November 16, 2015, Appellant's appointed counsel filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Ronny Lee Williams, Appellant, moves this Court to provide him access to a copy of the appellate record including the clerk's record and the court reporter's record.

Appellant requests an extension of time of 30 days from the date he receives the appellate record to file a *pro se* response to counsel's *Anders* brief.

Respectfully submitted,

*Ronny Lee Williams*
RONNY LEE WILLIAMS
TDCJ-ID # 02001514
*Pro se* Appellant